UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN FISHMAN,<br><br>                Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. CV 14-222 MWF(JC)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that (1) all claims in the Complaint except the verbal-abuse predicate of Claim 9 are dismissed without prejudice; and (2) summary judgment in favor of the United States is granted on Claims 1 and 9 (alternatively, as to Claim 1 and the non-verbal abuse predicate of Claim 9).

    IT IS SO ADJUDGED.

DATED: March 16, 2017        _____

                                         HONORABLE MICHAEL W. FITZGERALD<br>                                         UNITED STATES DISTRICT JUDGE